UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

Form 7. Mediation Questionnaire

*Instructions for this form:* https://www.ca9.uscourts.gov/forms/form07instructions.pdf

**9th Cir. Case Number(s)** 25-6042

**Case Name** Innovative Health LLC v. Biosense Webster, Inc.

**Counsel submitting this form** William F. Cavanaugh, Jr.

**Represented party/parties** Appellant Biosense Webster, Inc.

*Briefly describe the dispute that gave rise to this lawsuit.*

Appellant Biosense Webster, Inc. developed and manufactures the CARTO 3 cardiac mapping system, which is used for the diagnosis and treatment of certain cardiac conditions. One component of the cardiac mapping system are cardiac catheters that are inserted into a patient's heart.

Appellee Innovative Health LLC is a medical device reprocessor that specializes in cleaning, disinfecting, and sterilizing devices, including cardiac catheters, used in cardiac mapping procedures. Innovative Health asserts that certain policies and technology that Biosense Webster implemented prevented Innovative Health from selling its reprocessed catheters to customers thereby violating California and federal antitrust law.

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7** Rev. 09/01/22

1

*Briefly describe the result below and the main issues on appeal.*

The jury entered a verdict in favor of Appellee Innovative Health LLC on its California and federal antitrust claims. The district court thereafter issued an injunction, denied Appellant Biosense Webster, Inc.'s renewed motion for judgment as a matter of law, and entered judgment.

On appeal, Biosense Webster challenges the denial of its motion for judgment as a matter of law, certain jury instructions, certain evidentiary rulings including those related to Innovative Health's expert, and the issuance of the injunction.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

None.

**Signature** s/William F. Cavanaugh, Jr.    **Date** 9/30/2025
*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7**      *Rev. 09/01/22*

2