**No. 25-6042**

## UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

————————

INNOVATIVE HEALTH, LLC,

*Plaintiff-Appellee*,

v.

BIOSENSE WEBSTER, INC.,

*Defendant-Appellant*.

————————

On Appeal from the United States District Court for the Central
District of California, No. 8:19-cv-01984-JVS, Hon. James V. Selna

————————

### APPELLANT'S EXCERPTS OF RECORD

**Index Volume**

————————

M. Sean Royall
Jacob George Mathew
KING & SPALDING LLP
2601 Olive Street, Suite 2300
Dallas, TX 75201
(214) 764-4600

William F. Cavanaugh, Jr.
Isaac J. Weingram
PATTERSON BELKNAP
  WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
(212) 336-2000

Paul J. Watford
KING & SPALDING LLP
633 West Fifth Street
Suite 1600
Los Angeles, CA 90071
(213) 443-4355
pwatford@kslaw.com

Ross E. Elfand
Casey Marie Berger
KING & SPALDING LLP
1290 Avenue of the Americas
14th Floor
New York, NY 10104
(212) 556-2100

*Counsel for Appellant*

February 17, 2026

# TABLE OF CONTENTS

**Page**

## Volume I

Dkt. 595 – Final Judgment (Aug. 29, 2025) ...................................... ER-2

Dkt. 594 – Permanent Injunction (Aug. 27, 2025) ............................. ER-4

Dkt. 593 – Order on Renewed Motion for Judgment as a Matter
of Law and Attorneys' Fees (Aug. 27, 2025) ............................... ER-11

Dkt. 526 – Special Verdict (May 16, 2025) ..................................... ER-31

Dkt. 456 – Order on Daubert Motions (Apr. 22, 2025) ................... ER-34

## Volume II

Dkt. 59 – Corrected Second Amended Complaint for Damages
and Injunctive Relief for Violations of Sherman Act and
Cartwright Act (Oct. 16, 2020) ..................................................... ER-47

## Volume III

### *Trial Transcripts**

Dkt. 537 – May 6, 2025 Trial Transcript – Day 1, Vol. I
(*docketed* June 25, 2025)............................................................. ER-84

Dkt. 560 – May 6, 2025 Trial Transcript – Day 1, Vol. II
(*docketed* July 16, 2025)............................................................. ER-187

## Volume IV

Dkt. 538 – May 7, 2025 Trial Transcript – Day 2, Vol. I
(*docketed* June 25, 2025)............................................................. ER-293

Dkt. 561 – May 7, 2025 Trial Transcript – Day 2, Vol. II
(*docketed* July 16, 2025)............................................................. ER-405

---

\* The transcripts are reproduced in full except for the word index.

# TABLE OF CONTENTS

**Page**

### Volume V

Dkt. 539 – May 8, 2025 Trial Transcript – Day 3, Vol. I
(*docketed* June 25, 2025)............................................................ ER-531

Dkt. 562 – May 8, 2025 Trial Transcript – Day 3, Vol. II
(*docketed* July 16, 2025)............................................................ ER-646

### Volume VI

Dkt. 540 – May 9, 2025 Trial Transcript – Day 4, Vol. I
(*docketed* June 25, 2025)............................................................ ER-754

Dkt. 563 – May 9, 2025 Trial Transcript – Day 4, Vol. II
(*docketed* July 16, 2025)............................................................ ER-857

Dkt. 541 – May 13, 2025 Trial Transcript – Day 5, Vol. I
(*docketed* June 25, 2025)............................................................ ER-916

### Volume VII

Dkt. 564 – May 13, 2025 Trial Transcript – Day 5, Vol. II
(*docketed* July 16, 2025).......................................................... ER-1039

Dkt. 542 – May 14, 2025 Trial Transcript – Day 6, Vol. I
(*docketed* June 25, 2025).......................................................... ER-1097

### Volume VIII

Dkt. 565 – May 14, 2025 Trial Transcript – Day 6, Vol. II
(*docketed* July 16, 2025).......................................................... ER-1254

Dkt. 543 – May 15, 2025 Trial Transcript – Day 7, Vol. I
(*docketed* June 25, 2025).......................................................... ER-1401

### Volume IX

Dkt. 566 – May 15, 2025 Trial Transcript – Day 7, Vol. II
(*docketed* July 16, 2025).......................................................... ER-1500

# TABLE OF CONTENTS

**Page**

Dkt. 544 – May 16, 2025 Trial Transcript – Day 8
(*docketed* June 25, 2025) ........................................................... ER-1600

## Volume X

*Transcripts of Deposition Excerpts Played at Trial**

Designation List Report of Christine Bienvenue-Kauffman's
September 17, 2021 Deposition Transcript ............................ ER-1771

Designation List Report of Donald Coldiron's
September 3, 2021 Deposition Transcript .............................. ER-1782

Designation List Report of Amy Cormier's
September 15, 2021 Deposition Transcript ............................ ER-1797

Designation List Report of Nick Demczuk's
August 13, 2021 Deposition Transcript .................................. ER-1804

Designation List Report of Timothy Einwechter's
September 16, 2021 Deposition Transcript ............................ ER-1816

Designation List Report of Michael Idio's
September 20, 2021 Deposition Transcript ............................ ER-1819

Designation List Report of Joseph Koenig's
August 17, 2021 Deposition Transcript .................................. ER-1835

Designation List Report of Noah Martin's
August 6, 2021 Deposition Transcript .................................. ER-1855

Designation List Report of Cheryl Saxby's
August 30, 2021 Deposition Transcript .................................. ER-1865

---

** These excerpts are unofficial transcripts of videos shown to the jury during trial, which counsel for both parties have reviewed. If the Court requests, counsel for Appellant will transmit the corresponding videos as a physical exhibit pursuant to Circuit Rule 27-14.

# TABLE OF CONTENTS

**Page**

Designation List Report of Robert Stanton's
October 27, 2021 Deposition Transcript .................................. ER-1872

Designation List Report of Vincent Thomas's
September 9, 2024 Deposition Transcript ............................... ER-1877

Designation List Report of Portia Tranguch's
August 23, 2021 Deposition Transcript ................................. ER-1880

JX-136 ................................................................................. ER-1899

JX-148 ................................................................................. ER-1974

JX-153 ................................................................................. ER-1979

JX-155 ................................................................................. ER-1982

JX-156 ................................................................................. ER-1987

JX-169 ................................................................................. ER-1991

JX-224 ................................................................................. ER-2021

JX-517 ................................................................................. ER-2022

## Volume XI

JX-522 *(native Excel file printed to pdf)* ...................................... ER-2038

JX-545 ................................................................................. ER-2075

JX-953 ................................................................................. ER-2077

JX-1140 ............................................................................... ER-2078

JX-1141 ............................................................................... ER-2079

JX-1142 ............................................................................... ER-2080

JX-1143 ............................................................................... ER-2081

iv

# TABLE OF CONTENTS

**Page**

JX-1144 ........................................................................ ER-2082

JX-1157 ........................................................................ ER-2083

JX-1158 ........................................................................ ER-2084

JX-1293 ........................................................................ ER-2085

JX-1431 ........................................................................ ER-2088

JX-1434 ........................................................................ ER-2149

JX-1434.1 ..................................................................... ER-2151

## Volume XII

JX-2461 ........................................................................ ER-2308

JX-3329 ........................................................................ ER-2310

JX-3626 ........................................................................ ER-2334

JX-3725 ........................................................................ ER-2341

JX-4057 ........................................................................ ER-2374

JX-5027 ........................................................................ ER-2381

JX-5031 ........................................................................ ER-2384

Dkt. 598 – Notice of Appeal (Sept. 24, 2025)................................ ER-2387

Docket Report, *Innovative Health LLC v. Biosense Webster, Inc.*,
   No. 8:19-cv-01984-JVS-KES (C.D. Cal.) .................................. ER-2394