**No. 25-6042**

# IN THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

INNOVATIVE HEALTH, LLC,

*Plaintiff-Appellee,*

v.

BIOSENSE WEBSTER, INC.,

*Defendant-Appellant.*

On Appeal from the United States District Court for the Central District of California, No. 8:19-cv-01984-JVS, Hon. James V. Selna

## DECLARATION OF DEREK T. HO IN SUPPORT OF APPELLEE'S MOTION TO EXTEND TIME TO FILE ANSWERING BRIEF

JEFFREY L. BERHOLD
JEFFREY L. BERHOLD, P.C.
1230 Peachtree Street, Suite 1050
Atlanta, GA 30309
(404) 840-7268
jeff@berhold.com

DEREK T. HO
KELLOGG, HANSEN, TODD,
  FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
(202) 326-7900
dho@kellogghansen.com

*Counsel for Plaintiff-Appellee Innovative Health, LLC*

April 6, 2026

## DECLARATION OF DEREK T. HO

I, Derek T. Ho, hereby declare:

1. I am a partner with the law firm Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C., and a member of the bar of this Court. I represent Plaintiff-Appellee Innovative Health, LLC in this appeal. I submit this declaration in support of Appellee's motion to extend the time to file its Answering Brief. I have personal knowledge of the facts stated herein and could and would testify competently thereto if called as a witness in this matter.

2. Appellee's Answering Brief is currently due on April 20, 2026. The brief was first due on March 19, 2026, before Appellee received a streamlined 30-day extension of time.

3. My colleagues and I need additional time to complete Appellee's Answering Brief. The district court proceedings in this case included an eight-day jury trial on Appellee's antitrust claims against Appellant Biosense Webster, Inc., resulting in a voluminous trial record. Review of that record is necessary given that Appellant's arguments on appeal challenge the sufficiency of the evidence to support the jury's verdict. While my colleagues and I have been

diligently preparing the Answering Brief, additional time is necessary to prepare the brief for filing.

4. Additional time is also necessary in light of competing professional obligations prior to the current Answering Brief deadline. I have longstanding client meetings requiring extensive travel the weeks of April 6, April 13, and April 20. I also have oral argument in the Second Circuit currently scheduled for April 16, and a petition for a writ of certiorari to the U.S. Supreme Court due on May 2, 2026.

5. If Appellee's motion is granted, I represent that the Answering Brief will be filed within the time requested.

6. On March 30, 2026, I conferred by email with Paul J. Watford, counsel for Appellant. Mr. Watford stated that his client does not object to Appellee's request for a 30-day extension of the deadline to file its Answering Brief, on the understanding that no further extensions of the deadline will be sought. Appellee will not seek any further extensions of the deadline to file its Answering Brief.

7. The court reporter is not in default with regard to any designated transcripts.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 6, 2026

/s/ *Derek T. Ho*

DEREK T. HO
KELLOGG, HANSEN, TODD,
  FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
(202) 326-7900
dho@kellogghansen.com