**No. 25-6042**

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

INNOVATIVE HEALTH, LLC,

*Plaintiff-Appellee,*

v.

BIOSENSE WEBSTER, INC.,

*Defendant-Appellant.*

On Appeal from the United States District Court for the Central District of California, No. 8:19-cv-01984-JVS, Hon. James V. Selna

**PLAINTIFF-APPELLEE INNOVATIVE HEALTH'S UNOPPOSED MOTION TO TRANSMIT PHYSICAL EXHIBITS UNDER CIRCUIT RULE 27-14**

JEFFREY L. BERHOLD
JEFFREY L. BERHOLD, P.C.
1230 Peachtree Street
Suite 1050
Atlanta, GA 30309
(404) 840-7268
jeff@berhold.com

DEREK T. HO
ANDREW E. GOLDSMITH
MATTHEW D. READE
RACHEL ANDERSON DELISLE
SEAN P. QUIRK
KELLOGG, HANSEN, TODD,
  FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
(202) 326-7900
dho@kellogghansen.com

*Counsel for Plaintiff-Appellee Innovative Health, LLC*

May 19, 2026

Pursuant to Circuit Rule 27-14, Plaintiff-Appellee Innovative Health requests leave to transmit a physical exhibit to the Court for submission with its Answering Brief and Supplemental Excerpts of Record. The motion is unopposed. Circuit Rule 27-14 provides, "[i]f a party asserts that review of an exhibit not currently available on the electronic district court docket is necessary to resolution of an issue on appeal, that party shall move the Court for leave to transmit to the Court a copy or replication of the exhibit."

Innovative Health respectfully requests that it be permitted to transmit USB drives containing:

- Admitted Trial Exhibit JX-173, which is an Audio File titled "Clinical Support Rvw Call-0324-2016.wav," dated Mar. 25, 2016.

JX-173 is an audio file produced by Defendant-Appellant Biosense Webster, Inc. and admitted into evidence in this case. JX-173 is not currently available on the District Court's electronic docket. At trial, the jury heard JX-173, and Innovative Health provided a USB drive containing the audio file via USB drive to the District Court. *See* Dist. Ct. Dkt. No. 572.

Innovative Health will cite this exhibit in its Answering Brief. Because JX-173 is part of the trial record that is the subject of this appeal, Innovative Health respectfully requests that the Court grant leave to transmit this physical exhibit to have a complete record before this Court.

Respectfully submitted,

/s/ *Derek T. Ho*

| | |
|---|---|
| JEFFREY L. BERHOLD | DEREK T. HO |
| JEFFREY L. BERHOLD, P.C. | ANDREW E. GOLDSMITH |
| 1230 Peachtree Street | MATTHEW D. READE |
| Suite 1050 | RACHEL ANDERSON DELISLE |
| Atlanta, GA 30309 | SEAN P. QUIRK |
| (404) 840-7268 | KELLOGG, HANSEN, TODD, |
| jeff@berhold.com |   FIGEL & FREDERICK, P.L.L.C. |
| | 1615 M Street, N.W., Suite 400 |
| | Washington, D.C. 20036 |
| | (202) 326-7900 |
| | dho@kellogghansen.com |
| | mreade@kellogghansen.com |
| | squirk@kellogghansen.com |

*Counsel for Plaintiff-Appellee Innovative Health, LLC*

May 19, 2026

# CERTIFICATE OF SERVICE

I hereby certify that, on May 19, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

/s/ *Derek T. Ho*
Derek T. Ho
*Counsel for Plaintiff-Appellee*
*Innovative Health, LLC*