**No. 25-6042**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

_____

INNOVATIVE HEALTH, LLC,

*Plaintiff-Appellee*,

v.

BIOSENSE WEBSTER, INC.,

*Defendant-Appellant*.

_____

On Appeal from the United States District Court for the Central District of California, No. 8:19-cv-01984-JVS, Hon. James V. Selna

_____

## APPELLANT'S UNOPPOSED MOTION TO TRANSMIT PHYSICAL EXHIBIT UNDER CIRCUIT RULE 27-14

_____

M. Sean Royall
Jacob George Mathew
KING & SPALDING LLP
2601 Olive Street, Suite 2300
Dallas, TX 75201
(214) 764-4600

William F. Cavanaugh, Jr.
Isaac J. Weingram
PATTERSON BELKNAP
 WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
(212) 336-2000

Paul J. Watford
KING & SPALDING LLP
633 West Fifth Street
Suite 1600
Los Angeles, CA 90071
(213) 443-4355
pwatford@kslaw.com

Ross E. Elfand
Casey Marie Berger
KING & SPALDING LLP
1290 Avenue of the Americas
14th Floor
New York, NY 10104
(212) 556-2100

*Counsel for Appellant*

June 9, 2026

Pursuant to Circuit Rule 27-14, Appellant Biosense Webster, Inc. requests leave to transmit a physical exhibit to the Court for submission with its Reply Brief.  The motion is unopposed.  Circuit Rule 27-14 provides:  "If a party asserts that review of an exhibit not currently available on the electronic district court docket is necessary to resolution of an issue on appeal, that party shall move the Court for leave to transmit to the Court a copy or replication of the exhibit."

Biosense requests that it be permitted to transmit a USB drive containing Trial Exhibit JX-522, which is an Excel spreadsheet reflecting Biosense's CARTO 3 sales between 2013-2021.  Biosense included a partial printout of JX-522 in its Excerpts of Record (*see* 11-ER-2038-2074), but the printout does not include all of the information contained in the spreadsheet itself.

JX-522 was admitted at trial (*see* Dist. Ct. Dkt. 506), but it is not currently available on the District Court's electronic docket.  Because JX-522 is part of the trial record in this case and will be cited in Biosense's Reply Brief, Biosense respectfully requests that the Court grant leave to transmit this physical exhibit in order to have a complete record before this Court.

Respectfully submitted,

*/s/ Paul J. Watford*

| | |
|---|---|
| M. Sean Royall | Paul J. Watford |
| Jacob George Mathew | KING & SPALDING LLP |
| KING & SPALDING LLP | 633 West Fifth Street |
| 2601 Olive Street, Suite 2300 | Suite 1600 |
| Dallas, TX 75201 | Los Angeles, CA 90071 |
| (214) 764-4600 | (213) 443-4355 |
| sroyall@kslaw.com | pwatford@kslaw.com |
| jmathew@kslaw.com | |
| | Ross E. Elfand |
| William F. Cavanaugh, Jr. | Casey Marie Berger |
| Isaac J. Weingram | KING & SPALDING LLP |
| PATTERSON BELKNAP | 1290 Avenue of the Americas |
| WEBB & TYLER LLP | 14th Floor |
| 1133 Avenue of the Americas | New York, NY 10104 |
| New York, NY 10036 | (212) 556-2100 |
| (212) 336-2000 | relfand@kslaw.com |
| wfcavanaugh@pbwt.com | cberger@kslaw.com |
| iweingram@pbwt.com | |

*Counsel for Appellant*

June 9, 2026