**No. 25-6042**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

INNOVATIVE HEALTH, LLC,

*Plaintiff-Appellee,*

v.

BIOSENSE WEBSTER, INC.,

*Defendant-Appellant.*

On Appeal from the United States District Court for the Central
District of California, No. 8:19-cv-01984-JVS, Hon. James V. Selna

## APPELLANT'S FURTHER EXCERPTS OF RECORD
## FER-1 – FER-18

M. Sean Royall
Connor R. Brewer
Jacob George Mathew
KING & SPALDING LLP
2601 Olive Street, Suite 2300
Dallas, TX 75201
(214) 764-4600

Paul J. Watford
KING & SPALDING LLP
633 West Fifth Street
Suite 1600
Los Angeles, CA 90071
(213) 443-4355
pwatford@kslaw.com

William F. Cavanaugh, Jr.
Isaac J. Weingram
PATTERSON BELKNAP
 WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY, 10036
(212) 336-2000

Ross E. Elfand
Casey Marie Berger
KING & SPALDING LLP
1290 Avenue of the Americas
14th Floor
New York, NY 10104
(212) 556-2100

*Counsel for Appellant*

June 10, 2026

**FER-1**

## TABLE OF CONTENTS

**Page**

JX-520 .......................................................................................... FER-3

JX-522* ....................................................................................... FER-16

JX-1148 ...................................................................................... FER-17

JX-1156 ...................................................................................... FER-18

---

\* Pursuant to Circuit Rule 27-14, Appellant Biosense Webster, Inc. has sought leave to transmit JX-522, an Excel spreadsheet contained on a USB device, to the Court. That motion is unopposed. *See* Dkt. 70.

i

| | |
|---|---|
| **From:** | Bodner, Michael [BWIUS] </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=E443E8B1545247D986E81D34D4F60B60-MBODNER> |
| **To:** | Landers, Andrew [ETHUS]; Kandev, Ilia [BWIUS] |
| **Sent:** | 10/9/2017 7:36:46 PM |
| **Subject:** | Filed Ask + Efficiency Oct 9.pptx |
| **Attachments:** | Filed Ask + Efficiency Oct 9.pptx |

Innovative v. Biosense

**No. 8:19-cv-01984-JVS**

**JX-520**

**This Document has been produced in Native Format**

# BWI Clinical Support Model

*Driving outcomes through clinical excellence*



## POD Model

*BWI's field team operates in a POD model in order to facilitate the effective deployment of clinical resources.*

- **Aligned by Territory (informal TM leadership)**
- **Multiple clinical resources (EP and ULS)**
- **Variable compensation based on Territory performance**
- **99.9%\* of customers request clinical support**



Confidential – Internal Use Only

\*Currently 8 customers opted out of CAS support

BWI-INN00516882.001

**JX-520, Page 3 of 13**

**FER-5**

# Sales vs S&M Leverage



| | 2015 | 2016 | 2017 NU | 2018 PBP | |
|---|---|---|---|---|---|
| **Selling & Marketing** | 23.0% | 21.9% | 19.8% | 19.6% | ⇩ |
| **CAS** | 15.2% | 13.7% | 13.3% | 13.1% | ⇩ |
| **Sales Management** | 1.9% | 1.7% | 1.7% | 1.4% | ⇩ |
| **TM** | 2.9% | 2.6% | 2.6% | 2.4% | ⇩ |
| **Marketing** | 0.3% | 0.4% | 0.3% | 0.3% | ⇩ |

People Cost

**S&M Cost +8.6% Avg '15-'18 Growth**

**SALES +14.4% Avg '15-'18 Growth**

2  Confidential – Internal Use Only

NOTE: 2018 PBP NTS Includes $6MM SMD transfer

CSS
Johnson-Johnson MEDICAL DEVICES

BWI-INN00516882.002

**JX-520, Page 4 of 13**

**FER-6**

# CAS as % of Sales by Competitor

## '17E Share By Competitor



| Competitor | CAS # | Sales / CAS |
|---|---|---|
| BWI | 673 | $1.7M* |
| ABT/STJ | 369** | $1.5M |
| MDT | 160** | $2M |
| BSX | 126** | $0.5M |

*MDT does not have a mapping system, BSX doesn't have a full therapeutic portfolio*



3  Confidential – Internal Use Only

*CAS only (excluding aCAS, CAE, and NTS), $1.5M all incl. ACAS, CAE, NTS, RES
**Estimates based on field survey; EP/CRM competitor reps counted as ½ head

BWI-INN00516882.003

**JX-520, Page 5 of 13**

**FER-7**

# Fully-Trained CAS Effectiveness

### *Right People. Right Place. Right Time.*



**CAS**

*"A lot of people say, the relationship between the EP and the CAS is like the airline pilot and the first officer…it's very important to have rapport, otherwise the procedure takes longer and is less effective."*
*Dr. Rao*

~23 Cases Per Month ✕ ~$6,075 Dollars Per Case = ~$1.7MM Sales Per Year **VS** No CAS -30%[1] Dollars per Case

$0.2MM Fully-Loaded CAS Cost = 2mos BE; $1.2MM GP; $0.97MM[2] IBT **VS** $0.8MM[1] GP / IBT (-15% IBT/Case)

Confidential – Internal Use Only

1 - Assumers share stays flat and no loss to competition
2 - $0.9 IBT with TM, RBD, and AD costs included
3 - Case per CAS / mo: '15: 23.1; '16: 23.7; '17 Sep: 23.8

**CSS**
Johnson-Johnson MEDICAL DEVICES

BWI-INN00516882.004

**JX-520, Page 6 of 13**

**FER-8**

# Implications of No/Reduced CAS Model



- *ABT/STJ will capitalize on reduced BWI footprint and we will lose share quickly*
  - *75% of our CAS turnover to competition*
- *Avg -30% Dollars per Case & GP per Case Decrease; -15% IBT / Case Decrease (assuming no share loss)*
- *Training Hospital Techs is expensive and time-consuming; hospitals are not willing to increase own HC*
- *Remote/Virtual Case Support Capability trialed and failed '11-'13:*
  - *Expensive: +$150 per facility*
  - *Technically feasible but Docs prefer live person (especially with hardware troubleshooting)*
  - *Opportunity to explore in remote areas*

**CSS**
Johnson-Johnson MEDICAL DEVICES

Confidential – Internal Use Only

BWI-INN00516882.005

**JX-520, Page 7 of 13**

**FER-9**

# Opportunity to Drive sales in 2018 with 36 Pre-hires in Q4 17

  

**ACAS**

*Accelerate '18 Hires in Q4 '17*

| '17 Impact | | |
|---|---|---|
| ACAS Fully-Loaded Comp '18 | $ | 153,405 |
| Hire in Q4 - Assume avg 1.5 mos pay | | 1.5 |
| **Total GP / IBT Impact** | **$** | **690,323** |
| *Adjusted for Fringe $33K / head* | $ | 541,823 |
| | | |
| '18 Impact | | |
| Additional Sales Months in '18 | | 1.5 |
| Avg Cases / ACAS after 6-9 mos on-boarding | | 12 |
| $$ Per Case | $ | 6,075 |
| Accelerated aCAS Hires | | 36 |
| **Incremental Sales** | **$** | **3,936,600** |
| *2018 GP Contribution* | $ | 2,755,620 |

6   Confidential – Internal Use Only

**CSS**

*Johnson-Johnson* MEDICAL DEVICES

BWI-INN00516882.006

**JX-520, Page 8 of 13**

**FER-10**

# Opportunity to Drive incremental Revenue in 2018 with incremental HC

  

**ACAS**

*Incremental '18 heads Ask, start Q1 '18 (3 x Area)*

| '18 Impact | | |
|---|---|---|
| ACAS Fully-Loaded Comp '18 | $ | 153,405 |
| **Incremental Cost** | **$** | **2,761,293.22** |
| | | |
| Incremental Sales Months | | 6 |
| Avg Case per Month (3 Mos @ 6 cases and 3 Mos @ 12 cases) | | 9 |
| $$ Per Case | $ | 6,075 |
| **Incremental Sales** | **$** | **5,904,900** |
| *2018 GP Contribution* | *$* | *4,133,430* |

7   Confidential – Internal Use Only

**CSS**

*Johnson-Johnson* MEDICAL DEVICES

BWI-INN00516882.007

**JX-520, Page 9 of 13**

**FER-11**

# Q4 Field Contests

## Race to a Billion:

- Q4 push to the $1,009 YE Goal
- Achieve a 7% lift in run rate in Q4 above Q1 – Q3
- 14% lift to 21%
- Must achieve Q1 2018 quota
- Pay-out April 1st
- Sales Organization only: TMs, KAMs, RBDs, ADs
- Tracking weekly w/ dashboard

## STSF Challenge:

- Q4 push to 85% STSF Penetration
- Target ST/STSF splitter Docs
- 50% Qualitative Results & 50% Quantitative
  - Compare ST vs STSF Performance over 10 cases.
    - Measure: Procedure time, Ablation time, Fluoro Time, and Fluid
  - Drive penetration above base-line
- CAS Organization Only

**CSS**

Johnson-Johnson MEDICAL DEVICES

BWI-INN00516882.008

FER-12

# Back-up

9    Confidential – Internal Use Only

**CSS**

Johnson-Johnson MEDICAL DEVICES

BWI-INN00516882.009

**JX-520, Page 11 of 13**

**FER-13**

# Remote CAS Model

*Assumptions:*

- *Remote CAS can cover x2 number of cases (avg case length 3.8 hrs based on SFDC)*
  - *CAS comp same less T&E & Fleet, & Discr*
- *$$ Per Case in no-CAS coverage -30% due to no CAS pull through*
- *Share loss to competition 1/3*
- *3% Customer Discount incentive to allow new model*
- *$150 IT Upfront IT cost / facility depreciated over 5 years*
- *$20K Annual Maintenance cost*

| | CAS Model | Remote CAS Factor | Remote CAS |
|---|---|---|---|
| Case / CAS / Month | 23 | 2 | 46 |
| Case / CAS / Year | 276 | | 552 |
| $$ / Case | $ 6,075 | 70% | $ 4,253 |
| Share Loss to Competition | | 33% | $ 2,849 |
| Remore CAS discount off List | 0% | | 3% |
| Annual $$ per CAS | $ 1,676,700 | | $ 1,525,562 |
| **Annual GP** | **$ 1,173,690** | | **$ 1,067,894** |
| | | | |
| CAS COMP | $ 205,721 | | $ 178,021 |
| CAS Comp adjusted for decrease in CAS needed | | | $ 110,140 |
| Remore Cost per Facility ($175K depreciate over 5yrs) | | | $ 30,000 |
| Remore Operating Cost | | | $ 20,000 |
| **Overall Clinical Cost** | **$ 205,721** | | **$ 160,140** |
| | | | |
| **Break-Even** | **2.1** | | **1.7** |
| | | | |
| **IBT** | **$ 967,969** | | **$ 907,754** |

Confidential – Internal Use Only

**CSS**

*Johnson&Johnson* MEDICAL DEVICES

BWI-INN00516882.010

**JX-520, Page 12 of 13**

**FER-14**

# CAS Case Ramp Example

| CASNAME | Start Date | Mos Before First Case | 2017 | | | | | | | | Average |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | |
| Beebe, Tyler | Nov-16 | 6 | | | | | 8 | 3 | 23 | 25 | 15 |
| Brooker, Ashley | Nov-16 | 6 | | | | | 5 | 32 | 15 | 18 | 18 |
| Chernuta, Eric | Mar-17 | 5 | | | | | | | | 11 | 11 |
| Clift, Tori | 16-Aug | 7 | | | | 19 | 24 | 24 | 21 | 21 | 24 |
| Cropley, Brandon | 16-Aug | 9 | | | | | | 5 | 12 | 9 | 9 |

Average    15

11    Confidential – Internal Use Only



BWI-INN00516882.011

**FER-15**

**This Document has been produced in Native Format**

Innovative v. Biosense

**No. 8:19-cv-01984-JVS**

**JX-522**

HIGHLY CONFIDENTIAL

JX-522, Page 1 of 1

FER-16

BWI-INN00704867

# Exhibit 11
## Annual Cardiac Mapping Machine Sales
## Biosense and Abbott
## 2013 - 2020



Innovative v. Biosense
**No. 8:19-cv-01984-JVS**
**JX-1148**



Notes: Biosense CARTO 3 sales with a price below $50,000 are excluded. Abbott released the Ensite Precision Cardiac Mapping System in January 2017.

Sources: BWI-INN00704867, ABB0000001; BWI-INN00075762 pp. 15-16; St. Jude Medical Announces FDA Clearance of Ensite Precision Cardiac Mapping System," Abbott, available at https://stjudenews2016.q4web.com/newsroom/news-releases/news-releases-details/2016/St-Jude-Medical-Announces-FDA-Clearance-of-EnSite-Precision-Cardiac-Mapping-System/default.aspx, accessed on January 23, 2025.

**Exhibit 18**
**Share of OEM and Reprocessed Pentaray Catheters Sold**
**Calculated as Shares of Sales and Shares of Quantity Sold**

**2013 - 2024**

| Year | Share of Sales | | | Share of Quantity Sold | | |
|---|---|---|---|---|---|---|
| | Biosense | SterilMed | IH | Biosense | SterilMed | IH |
| (a) | (b) | (c) | (e) | (g) | (h) | (j) |
| 2013 | 100.0 % | -- % | -- % | 100.0 % | -- % | -- % |
| 2014 | 100.0 | -- | -- | 100.0 | -- | -- |
| 2015 | 100.0 | -- | -- | 100.0 | -- | -- |
| 2016 | 100.0 | -- | -- | 100.0 | -- | -- |
| 2017 | 100.0 | -- | -- | 100.0 | -- | -- |
| 2018 | 100.0 | -- | -- | 100.0 | -- | -- |
| 2019 | 99.9 | -- | 0.1 | 99.8 | -- | 0.2 |
| 2020 | 99.9 | -- | 0.1 | 99.8 | -- | 0.2 |
| 2021 | 99.9 | 0.0 | 0.1 | 99.9 | 0.0 | 0.1 |
| 2022 | 99.8 | 0.1 | 0.1 | 99.7 | 0.1 | 0.1 |
| 2023 | 98.7 | 1.2 | 0.1 | 98.4 | 1.5 | 0.1 |
| 2024 | 95.4 | 4.6 | 0.0 | 94.1 | 5.9 | 0.0 |
| **Total** | **99.6 %** | **0.3 %** | **0.1 %** | **99.5 %** | **0.4 %** | **0.1 %** |

Notes: 1. Biosense reprocessed catheter sales are attributed to Sterilmed.
2. IH entered the market in 2017.
3. Catheter sales data end in June 2024.
4. Catheter sales to customers Dr. Forister flagged as non-end-users are excluded.

Sources: BWI-INN00510476; BWI-INN00706180; BWI-INN00710526; BWI-INN00722114; BWI-INN00722115; BWI-INN00722127; IH00656776; IH00697180; STRYKER00001161; STRYKER00001161A; Forister 2024 Backup Materials.

Innovative v. Biosense
No. 8:19-cv-01984-JVS

JX-1156

JX-1156, Page 1 of 1

**FER-18**