UNITED STATES COURT OF APPEALS

**FILED**

FOR THE NINTH CIRCUIT

JUN 11 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

INNOVATIVE HEALTH, LLC,

      Plaintiff - Appellee,

  v.

BIOSENSE WEBSTER, INC.,

      Defendant - Appellant.

No. 25-6042

D.C. No.
8:19-cv-01984-JVS-KES
Central District of California,
Santa Ana

ORDER

The motion for leave to transmit physical exhibits (Docket Entry No. 70) is

granted. *See* 9th Cir. R. 27-14. Counsel must submit 4 copies of the exhibits within

7 days of this order.

                               MOLLY C. DWYER
                               CLERK OF COURT