# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form32instructions.pdf*

**9th Cir. Case Number(s)** 25-6042

**Case Name** Innovative Health, LLC v. Biosense Webster, Inc.

Hearing Location (*city*) Pasadena

Your Name Derek T. Ho

List the sitting dates for the two sitting months you were asked to review:

February 1-5, 2027; February 8-12, 2027; and March 15-19, 2027.

Do you have an irreconcilable conflict on any of the above dates? (●) Yes ( ) No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

The parties have conferred, and all counsel are available February 11-12. If those dates are not convenient for the Court, counsel are also available April 5-7 and April 12-16. Undersigned counsel for appellee has a longstanding, prepaid family vacation the week of March 15, 2027. Counsel for appellant has irreconcilable conflicts on February 1-5, 2027, and February 8-10, 2027. In the first week of February, Mr. Royall (a single parent of his daughter) is scheduled to accompany her for a week-long trip to Chicago for national auditions with university theater programs to which she is applying for admission next year. In the second week of February, Mr. Royall is scheduled to travel for an out-of-state law firm meeting in Arizona and a brief related vacation immediately following that meeting.

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

( ) Yes (●) No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** s/Derek T. Ho **Date** 10/14/2026

*(use "s/[typed name]" to sign electronically-filed documents)*